**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent/Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-22-035-RAW** |
| | ) | |
| **DONALD LEE PADEN,** | ) | |
| | ) | |
| **Petitioner/Defendant.** | ) | |

**ORDER**

Before the court is the motion of the petitioner pursuant to 28 U.S.C. §2255. By previous order (#88) the court dismissed petitioner's earlier §2255 petition as time-barred.

Dismissal of a petition for untimeliness is a decision on the merits, and any later habeas petition challenging the same conviction is second or successive. *See In re Rains,* 659 F.3d 1274, 1275 (10th Cir.2011). A district court does not have jurisdiction to address the merits of a second or successive §2255 claim until the Tenth Circuit has granted the required authorization. *In re Cline,* 531 F.3d 1249, 1251 (10th Cir.2008).

Before filing a second or successive application in district court, the applicant must move in the appropriate court of appeals for an order authorizing the district court to consider the application. 28 U.S.C.

§2244(b)(3)(A); §2255(h). Petitioner has not indicated that he has authorization from the Tenth Circuit.

In this situation, the district court may transfer the matter to the Tenth Circuit if it determines it is in the interest of justice to do so under 28 U.S.C. §1631 or dismiss the petition for lack of jurisdiction. *Cline,* 531 F.3d at 1252. Where there is no risk that a meritorious successive claim will be lost absent a §1631 transfer, a district court does not abuse its discretion in refusing to transfer. *Id.* Also, it is a waste of judicial resources to transfer a time-barred case. *Id.* Transfer will not be ordered.

Finally, to appeal the district court's dismissal of a §2255 motion as second or successive, the petitioner must obtain a certificate of appealability. *United States v. Harper,* 545 F.3d 1230, 1233 (10th Cir.2008). The issue of time-bar in this case is clear beyond debate, and the court denies a certificate of appealability.

It is the order of the court that the petition pursuant to 28 U.S.C. §2255 (#94) is hereby dismissed for lack of jurisdiction.

**ORDERED THIS 4th DAY OF NOVEMBER, 2026.**

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**